**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**TRAVIS LEVERTT FLETCHER,**

    **Plaintiff,**

v.                                              Case No. 5:17cv146-MCR-CJK

**OFFICER CHARNA OBRYAN,**
**SERGEANT C. STEWART,**
**NURSE BROWN, and**
**WARDEN J. BARFIELD,**

    **Defendants.**
_____/

**ORDER**

This cause is before the Court on consideration of the magistrate judge's Report and Recommendation dated January 25, 2019 (doc. 36). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a de novo determination of the timely filed objections. ECF No. 36.

Having considered the Report and Recommendation, and the objections thereto, the Court has determined the Report and Recommendation should be

adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to state a claim upon which relief can be granted.

3. The Clerk shall close the file.

**DONE AND ORDERED** this 12th day of February 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**